UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2014  1:38 pm
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Lisa A. Biron,
    Petitioner

v.

Jody Upton, Warden,
    Respondent.

Case No.:

4-14CV-772-O

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

1. The Petitioner, Lisa A. Biron, pro se, brings this Petition to challenge the loss of good time credits and various privileges resulting from a wrongful FBOP disciplinary action stemming from the erroneous finding that there exists a court-order barring contact between Petitioner and her sixteen (16) year-old daughter, R.B.

2. Since April 1, 2014, the Petitioner has been confined at Federal Medical Center, Carswell, Texas, on a federal sentence.

3. On July 31, 2014, the Petitioner was found guilty at DHO hearing of violating a Code 296 for sending mail to R.B. in an attempt to violate a no-contact order.

4. There is no such order barring contact.

WHEREFORE, the Petitioner respectfully requests this Court expunge her disciplinary conviction, restore her good time credits and privileges, and grant such other relief as is just and equitable.

1

Respectfully submitted by:

9/18/14
Dated

Lisa Biron

Lisa A. Biron
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

**CERTIFICATION**

I, Lisa A. Biron, do hereby declare, under penalty of perjury, that the foregoing information in this Petition is true and correct, and that the original and one (1) copy of said Petition have been this date deposited in the inmate legal mail system U.S. postage paid.

9/18/14
Dated

Lisa Biron
Lisa A. Biron

**Lisa A. Biron**
Reg. #12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Fort Worth, TX 76127

Clerk of Court                          September 18, 2014
U.S. District Court
501 W. 10th St., Room 310
Fort Worth, TX 76102

Re: § 2241 Petition, Biron v. Upton

Dear Clerk:

I have enclosed for filing with the Court an original and one (1) copy of my § 2241 Petition.

The filing fee will arrive under seperate cover.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Name Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
18 SEP 2014 PM 7 L

⇔ 12775-049 ⇔
US District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610297569

2014 SEP 19 PM 1:38
CLERK OF COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

FMC Carswell
P.O. Box 27066
Ft. Worth, TX 76127
MAILED