IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 4:14-CV-772-O |
| | § | |
| JODY R. UPTON, Warden, | § | |
| FMC-Carswell, | § | |
|     Respondent. | § | |

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 4:14-CV-823-O |
| | § | |
| JODY R. UPTON, Warden, | § | |
| FMC-Carswell, | § | |
|     Respondent. | § | |

**ORDER**

Petitioner has filed a motion to consolidate her two pending federal habeas corpus petitions under 28 U.S.C. § 2241 in Civil Action Nos. 4:14-CV-772-O and 4:14-CV-823-O, wherein she challenges one or more prison disciplinary proceedings. Review of the petitions reveals that the petitions do raise common questions of law and fact. Fed. R. Civ. P. 42(a). Accordingly, Petitioner's motion is GRANTED. The number of the consolidated action shall be shown in the clerk's records and on all future filings to be "Civil Action No. 4:14-CV-772-O (Consolidated with No. 4:14-CV-823-O)."

**SO ORDERED** on this 22nd day of December, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**