UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 4 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Lisa A. Biron,
    Petitioner

v.

Jody Upton, Warden,
    Respondent.

Case No.: 4:14-CV-772-O
(Consolidated with
4:14-CV-823-O)*

## PETITIONER'S MOTION TO ENLARGE REPLY DEADLINE

Petitioner, Lisa A. Biron, moves the Court to extend her <u>Reply</u> deadline thirty-five (35) days from the date of its ruling on her pending <u>Motion to Consolidate</u> these two actions.

Petitioner requires more time to properly rebut Respondent's claim that she has not exhausted her administrative remedies. In addition, the law library at FMC Carswell is frequently closed without prior notice, and the copy machine has been broken for almost two weeks.

Petitioner has spoken to Respondent's Counsel Angie Henson and she has assented to extending the Reply deadline on both actions.

Respectfully submitted by

12/23/14
Date

*Lisa Biron*
Lisa Biron #12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

* A Motion to Consolidate both actions was filed on 12/18/2014. If Motion has already been denied, Petitioner requests that Court treat this as separate motions to enlarge deadline for each action.

1

## CERTIFICATION

I hereby certifiy that on this date a copy of this document was mailed First Class U.S. Mail, postage paid, to Angie Henson, Esq. by depositing said document in the inmate legal mail system.

_12/23/14_  
Date

_Lisa Biron_  
Lisa A. Biron

Name: Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
2014 DEC 24  PM 12:01
CLERK OF COURT

⇔ 12775-049 ⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610297599

NORTH TEXAS TX PROC
DALLAS TX 750
23 DEC 2014 PM 9 L