IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
|         Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-CV-772-O |
| | § | (Consolidated with No. 4:14-CV-823-O) |
| JODY UPTON, Warden, | § | |
| FMC-Carswell, | § | |
|         Respondent. | § | |

## ORDER

This case came before the Court upon Petitioner Lisa A. Biron's "Motion to Enlarge Reply Deadline," wherein she requests an additional thirty-five (35) days from the Court's December 22, 2014, order consolidating her two habeas actions within which to file a reply brief. Mot., ECF No. 10; Order, ECF No. 9. The motion is **GRANTED.** Therefore, Petitioner shall file a reply, if she so desires, on or before January 26, 2015.

**SO ORDERED** on this 29th day of December, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**