IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-CV-772-O |
| | § | (Consolidated with No. 4:14-CV-823-O) |
| JODY UPTON, Warden, | § | |
| FMC-Carswell, | § | |
| Respondent. | § | |

## ORDER

This case came before the Court upon Petitioner Lisa A. Biron's second "Motion to Enlarge Reply Deadline," wherein she requests additional time within which to file a reply brief in this habeas action. Mot., ECF No. 12. The motion is **GRANTED.** Petitioner shall file a reply, if she so desires, on or before March 28, 2015. No future extensions will be permitted.

**SO ORDERED** on this 27th day of January, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**