IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | Civil Action No. 4:14-CV-772-O |
| | § | (Consolidated with No. 4:14-CV-823-O) |
| JODY R. UPTON, Warden, | § | |
| FMC-Carswell, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

In accordance with its opinion and order signed this day, the Court **DISMISSES** Petitioner's petition in Civil Action No. 4:14-CV-823-O as to incident report Nos. 2543232 and 2545925 and Petitioner's petition in Civil Action No. 4:14-CV-772-O for failure to exhaust administrative remedies, in the above-captioned action. The Court **DENIES** Petitioner's petition in Civil Action No. 4:14-CV-823-O as to incident report No. 2511967.

**SO ORDERED** on this 9th day of June, 2015.

Reed O'Connor
UNITED STATES DISTRICT JUDGE