ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 25 2015
10:50AM
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Lisa A. Biron,<br>    Petitioner,<br><br>V.<br><br>Jody R. Upton, Warden,<br>    FMC-Carswell,<br>    Respondent. | Civil Action No. 4:14-CV-772-O<br>(Consolidated with<br>No. 4:14-CV-823-O) |

### Notice of Appeal

**Notice** is hereby given that Lisa A. Biron, petitioner in the above namved 28 U.S.C. § 2241 action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 9th day of June, 2015.

I, Lisa A. Biron, hereby swear, under penalty of perjury, that this Notice was mailed first-class postage paid in the inmate legal mail system on this date.

6/24/15
Date

Lisa Biron
Lisa A. Biron #12775-049
FMC-Carswell
P.O. Box 27137
Fort Worth, TX 76127

**Lisa A. Biron**
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127



Clerk of Court
U.S. District Court
501 W. Tenth St., Rm. 310
Fort Worth, TX 76102

June 24, 2015

Re:  Case No. 4:14-CV-546-O, Santillana v. Upton &
     Case No. 4:14-CV-772-O (consolidated with 4:14-CV-823), Biron v. Upton

Dear Clerk:

   I have enclosed for filing with the Court notices of appeal for the above referenced cases.

   Thank you for your attention to these matters.

                                         Sincerely,

                                         *Lisa Biron*

                                         Lisa A. Biron

Name Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

LEGAL MAIL

Clerk of the U.S. District Court
501 W. Tenth St., Room 310
Fort Worth, TX 76102

7610282755995

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: [signature]

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may wish to return the material for further information or clarification. (4)

NORTH TEXAS TX FRES
DALLAS TX 750
24 JUN 2015 PM 1 L

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2015 JUN 25   AM 10: 50
CLERK OF COURT.

