IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth DIVISION

__Lisa A. Biron, 12775-049__
Plaintiff's Name and ID Number

__FMC-Carswell__
Place of Confinement

v.

__Jody Upton, Warden__
Defendant's Name and Address

CASE NO. No. 15-10607
USDC No. 4:14-CV-772 (Cons. w/823)
(Clerk will assign the number)

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Lisa A. Biron__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes   ☒ No
   d. Gifts or inheritances?                             ☐ Yes   ☒ No
   e. Family or friends?   $ 100.00 per month           ☒ Yes   ☐ No
   f. Any other sources?                                 ☐ Yes   ☒ No

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   __I currently do not have a prison job which would pay $.12 per hour__
   __My family sends $ 100.00 per month of which the court takes 20% for a filing fee.***__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?   ☒ Yes   ☐ No

   If you answered YES, state the total value of the items owned.
   __$ 60.00 (sixty dollars)__

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes    ☒ No

If you answered **YES**, describe the property and state its approximate value.

N/A

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this ___10th___ day of ___July___, 20_15_.

_Lisa Biron_                               12775-049
Signature of Plaintiff                      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

*** The Third Circuit Court of Appeals recently issued a well-reasoned opinion holding that 28 U.S.C. § 1915(b)(2)'s "intent is best carried out by making prisoners pay for their actions sequentially rather than simultaneously, providing a reasonable economic disincentive to file frivolous claims without being punitive or imposing such significant burdens that a prisoner might forego asserting legitimate claims."  Siluk v. Merwin, 2015 BL 102050, 3d Cir., No. 11-3996, 4/10/15).

2

# CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __FMC-Carswell__
(name of institution)
where __Lisa A. Biron__, Inmate ID No. __12775-049__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ __$60.00__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __see attached print-out__

Average monthly deposits to the prisoner's account were $ __see attached print-out__

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this __10th__ day of __July__, 20__15__.

__See attached statement__
Authorized Officer

__FMC-Carswell__
Institution of Confinement

## Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

__Lisa Biron__
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. __12775-049__

Date: 07/13/2015  
Time: 7:22:16 AM  
Facility: CRW

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | I04-208U |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-S | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 01/08/2015 01:10:04 PM | PIPP1214 | | | Payroll - IPP | $18.00 | | $128.94 |
| CRW | 01/09/2015 10:03:35 AM | 33315009 | | | Western Union | $100.00 | | $228.94 |
| CRW | 01/13/2015 07:24:08 AM | 37 | | | Sales | ($52.45) | | $176.49 |
| CRW | 01/20/2015 12:29:05 PM | 61 | | | Sales | ($21.65) | | $154.84 |
| CRW | 01/20/2015 08:49:22 PM | TL0120 | | | TRUL Withdrawal | ($5.00) | | $149.84 |
| CRW | 01/30/2015 11:01:29 AM | TL0130 | | | TRUL Withdrawal | ($10.00) | | $139.84 |
| CRW | 01/30/2015 11:12:15 AM | TFN0130 | | | Phone Withdrawal | ($19.00) | | $120.84 |
| CRW | 02/03/2015 12:42:01 PM | 117 | | | Sales | ($64.55) | | $56.29 |
| CRW | 02/04/2015 01:05:41 PM | 33315035 | | | Western Union | $100.00 | | $156.29 |
| CRW | 02/06/2015 10:36:47 AM | PIPP0115 | | | Payroll - IPP | $16.80 | | $173.09 |
| CRW | 02/09/2015 09:59:39 AM | TFN0209 | | | Phone Withdrawal | ($20.00) | | $153.09 |
| CRW | 02/09/2015 10:24:10 AM | TL0209 | | | TRUL Withdrawal | ($5.00) | | $148.09 |
| CRW | 02/10/2015 12:35:59 PM | 71 | | | Sales | ($51.05) | | $97.04 |
| CRW | 02/17/2015 12:38:23 PM | 88 | | | Sales | ($34.90) | | $62.14 |
| CRW | 02/26/2015 01:00:14 PM | 129 | | | Sales | ($60.10) | | $2.04 |
| CRW | 02/27/2015 11:04:17 AM | 33315058 | | | Western Union | $125.00 | | $127.04 |
| CRW | 03/10/2015 10:46:52 AM | PICP0315 | | | Inmate Co-pay | ($2.00) | | $125.04 |
| CRW | 03/10/2015 12:15:23 PM | 75 | | | Sales | ($78.25) | | $46.79 |
| CRW | 03/13/2015 10:18:54 AM | TL0313 | | | TRUL Withdrawal | ($5.00) | | $41.79 |
| CRW | 03/15/2015 09:04:14 PM | 33315074 | | | Western Union | $50.00 | | $91.79 |
| CRW | 03/17/2015 12:37:50 PM | 61 | | | Sales | ($48.35) | | $43.44 |
| CRW | 03/24/2015 05:24:08 PM | 1871 | | | BP 199 Request | | ($29.91) | |
| CRW | 03/25/2015 01:48:48 PM | PCRWD012 - 1878 | | | Debt Encumbrance | | ($13.53) | |

Date: 07/13/2015  
Time: 7:22:16 AM  
Facility: CRW

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 12775049 | Living Quarter: | I04-208U |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-S | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 03/26/2015 09:32:42 AM | 1871 | | | BP 199 Request - Released | | $29.91 | |
| CRW | 03/31/2015 12:48:48 PM | 73 | | | Sales | ($23.20) | | $20.24 |
| CRW | 04/03/2015 06:04:36 PM | 33315093 | | | Western Union | $100.00 | | $120.24 |
| CRW | 04/03/2015 06:04:36 PM | PCRWD012-2004 | | | Debt Encumbrance | | ($16.38) | |
| CRW | 04/03/2015 06:04:36 PM | PCRWD012-2005 | | | Debt Encumbrance | | ($20.00) | |
| CRW | 04/04/2015 12:10:02 AM | PCRWD012-2004 | | | Debt Encumbrance - Released | | $16.38 | |
| CRW | 04/04/2015 12:10:02 AM | PCRWD012-1878 | | | Debt Encumbrance - Released | | $13.53 | |
| CRW | 04/04/2015 12:10:02 AM | PCRWD012-2005 | | 522 | Initial PLRA Pymt | ($29.91) | | $90.33 |
| CRW | 04/09/2015 01:11:29 PM | 123 | | | Sales | ($55.30) | | $35.03 |
| CRW | 04/20/2015 12:56:42 PM | 64 | | | Sales | ($13.60) | | $21.43 |
| CRW | 04/24/2015 10:30:14 AM | PICD0415-2163 | | | Debt Encumbrance | | ($1.43) | |
| CRW | 05/01/2015 12:10:30 AM | PCRWD012-2005 | | | Debt Encumbrance - Released | | $20.00 | |
| CRW | 05/01/2015 12:10:30 AM | PCRWD012 | 581 | | PLRA Payment | ($10.00) | | $11.43 |
| CRW | 05/01/2015 01:53:34 PM | 2224 | | | BP 199 Request | | ($10.00) | |
| CRW | 05/03/2015 07:07:45 PM | 2224 | | | BP 199 Request - Released | | $10.00 | |
| CRW | 05/04/2015 10:04:08 AM | 33315124 | | | Western Union | $100.00 | | $111.43 |
| CRW | 05/04/2015 10:04:08 AM | PICD0415-2242 | | | Debt Encumbrance | | ($0.57) | |

Page 3

Date: 07/13/2015
Time: 7:22:16 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CRW

### General Information

Inmate Reg#: 12775049
Inmate Name: BIRON, LISA
Current Site Name: Carswell FMC
Housing Unit: CRW-I-S

Living Quarter: I04-208U
Arrived From: OKL
Transferred To:
Account Creation Date: 5/30/2013

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 05/04/2015 10:04:08 AM | PCRWD012-2240 | | | Debt Encumbrance | | ($20.00) | |
| CRW | 05/04/2015 10:04:08 AM | PCRWD013-2241 | | | Debt Encumbrance | | ($20.00) | |
| CRW | 05/05/2015 12:10:23 AM | PICD0415-2163 | | | Debt Encumbrance - Released | | $1.43 | |
| CRW | 05/05/2015 12:10:23 AM | PICD0415-2242 | | | Debt Encumbrance - Released | | | |
| CRW | 05/05/2015 12:10:23 AM | PICD0415 | | | Inmate Co-pay | ($2.00) | | $109.43 |
| CRW | 05/11/2015 12:25:53 PM | 52 | | | Sales | ($66.35) | | $43.08 |
| CRW | 05/12/2015 12:25:51 PM | PCRWD013-2241 | | | Debt Encumbrance - Released | | $20.00 | |
| CRW | 05/13/2015 08:50:55 AM | TFN0513 | | | Phone Withdrawal | ($5.00) | | $38.08 |
| CRW | 05/21/2015 11:06:03 PM | TFN0521 | | | Phone Withdrawal | ($5.00) | | $33.08 |
| CRW | 05/27/2015 11:09:45 AM | TFN0527 | | | Phone Withdrawal | ($3.00) | | $30.08 |
| CRW | 05/28/2015 11:16:12 AM | TFN0528 | | | Phone Withdrawal | ($10.00) | | $20.08 |
| CRW | 06/01/2015 12:10:55 AM | PCRWD012-2240 | | | Debt Encumbrance - Released | | $20.00 | |
| CRW | 06/01/2015 12:10:55 AM | PCRWD012-2240 | 638 | | PLRA Payment | ($10.08) | | $10.00 |
| CRW | 06/01/2015 11:01:12 AM | TFN0601 | | | Phone Withdrawal | ($10.00) | | $0.00 |
| CRW | 06/04/2015 10:03:48 AM | 33315155 | | | Western Union | $100.00 | | $100.00 |
| CRW | 06/04/2015 10:03:48 AM | PCRWD012-2604 | | | Debt Encumbrance | | ($20.00) | |
| CRW | 06/05/2015 11:22:58 AM | PIPP0515 | | | Payroll - IPP | $8.82 | | $108.82 |
| CRW | 06/05/2015 11:22:58 AM | PCRWD012-2639 | | | Debt Encumbrance | | ($1.76) | |

Page 4

Date: 07/13/2015  
Time: 7:22:16 AM  

Facility: CRW

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | I04-208U |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-S | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 06/08/2015 07:04:31 AM | 23 | | | Sales | ($79.35) | | $29.47 |
| CRW | 06/08/2015 07:07:44 AM | 23 | | | Sales | ($3.50) | | $25.97 |
| CRW | 06/16/2015 07:47:35 AM | 51 | | | Sales | ($4.08) | | $21.89 |
| CRW | 07/01/2015 12:10:43 AM | PCRWD012 - 2604 | | | Debt Encumbrance - Released | | $20.00 | |
| CRW | 07/01/2015 12:10:43 AM | PCRWD012 - 2639 | | | Debt Encumbrance - Released | | $1.76 | |
| CRW | 07/01/2015 12:10:43 AM | PCRWD012 | 720 | | PLRA Payment | ($11.89) | | $10.00 |
| CRW | 07/04/2015 05:03:54 PM | 33315185 | | | Western Union | $100.00 | | $110.00 |
| CRW | 07/04/2015 05:03:54 PM | PCRWD012 - 2948 | | | Debt Encumbrance | | ($20.00) | $70.00 |
| CRW | 07/06/2015 02:38:24 PM | PICP0715 | | | Inmate Co-pay | ($2.00) | | $108.00 |
| CRW | 07/10/2015 09:14:58 AM | TL0710 | | | TRUL Withdrawal | ($5.00) | | $103.00 |
| CRW | 07/10/2015 02:52:22 PM | TFN0710 | | | Phone Withdrawal | ($23.00) | | $80.00 |
| CRW | 07/11/2015 05:59:32 PM | TFN0711 | | | Phone Withdrawal | ($10.00) | | $70.00 |
| | Total Count: | 70 | | | Totals: | ($40.94) | ($20.00) | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $50.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 |
| Totals: | $50.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 |

Page 5

Date: 07/13/2015
Time: 7:22:16 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CRW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | I04-208U |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-1-S | Account Creation Date: | 5/30/2013 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $700.62 | $859.56 | $69.21 | $110.00 | $44.22 | N/A | N/A |

Name Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 13 July 15
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)

NORTH TEXAS TX PSDC
DALLAS TX 750
13 JUL 2015 PM 6 L

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 JUL 15 AM 10:48
CLERK OF COURT



7610297599