IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-CV-772-O |
| | § | |
| JODY R. UPTON, Warden, | § | |
| FMC-Carswell, | § | |
| Respondent. | § | |

**ORDER**

Petitioner, Lisa A. Biron, has filed a notice of appeal and an application to proceed *in forma pauperis* on appeal. Pet'r's Appl., ECF No. 19. Because Petitioner paid the $5.00 filing fee to initiate her habeas corpus action in this Court, she is not allowed to proceed *in forma pauperis* on appeal without authorization. FED. R. APP. P. 24(a). After review and consideration of Petitioner's application along with the accompanying "Inmate Statement," the Court concludes that the application should be GRANTED.

**SO ORDERED** on this 16th day of July, 2015.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE