# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 15-10607

LISA A. BIRON,

      Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

      Respondent - Appellee

---

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

---

ORDER:

    IT IS ORDERED that Appellee's motion to view sealed documents in record on appeal is GRANTED.

/s/ PRISCILLA R. OWEN

PRISCILLA R. OWEN
UNITED STATES CIRCUIT JUDGE

*C T P W*



## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 16, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                USDC No. 4:14-CV-772
                USDC No. 4:14-CV-823

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

Ms. Lisa A. Biron
Ms. Angie Lee Henson
Ms. Karen S. Mitchell

P.S. To Ms. Henson: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review **ONLY**. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.