**FILED**
**November 04, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## United States District Court
## Northern District of Texas
## Office of the Clerk

Fort Worth Division

Nov 4, 2016

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:   15-10607     4:14-cv-00772-O     Biron vs. Upton     4:14-CV-823-O

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or   ☐ Supplemental record on appeal
consisting of   2   volumes of the record and/or any of the items indicated below:

|         | Volume(s) of the transcript |         | Volume(s) of depositions |
|---------|------------------------------|---------|---------------------------|
|         | Container(s) of exhibits     |         | Folder(s) of State Court Papers |
| 1       | Sealed documents             |         | Audio Visual Tapes        |
|         | PSI and SOR page Sealed      |         |                           |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☒ UPS Tracking #:  Fed-Ex Tracking Number: 777637110902

Sincerely,
KAREN MITCHELL
Clerk of Court

By:  /s/ Tamara Ellis
         Deputy Clerk