# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-10607
Summary Calendar

D.C. Docket No. 4:14-CV-772
D.C. Docket No. 4:14-CV-823

United States Court of Appeals
Fifth Circuit

**FILED**

November 23, 2016

Lyle W. Cayce
Clerk

LISA A. BIRON,

        Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

        Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

Certified as a true copy and issued
as the mandate on Jan 18, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 1 9 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy



## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 18, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

      No. 15-10607    Lisa Biron v. Jody Upton, Warden
                     USDC No. 4:14-CV-772
                     USDC No. 4:14-CV-823

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Sealed Envelope

The paper copy of the electronic record has been recycled.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By:
                       Shawn D. Henderson, Deputy Clerk
                       504-310-7668

cc:
      Ms. Lisa A. Biron
      Ms. Angie Lee Henson