**FILED**
**January 20, 2017**

*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10607    Lisa Biron v. Jody Upton, Warden
                   USDC No. 4:14-CV-772-O
                   USDC No. 4:14-CV-823

The mandate is recalled in the above referenced case as it was entered in error.

By copy of this letter, we request the district court clerk to notate their docket sheet to show that we recalled the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Lisa A. Biron
Ms. Angie Lee Henson
Ms. Karen S. Mitchell