# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 18, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                        USDC No. 4:14-CV-772 — O
                        USDC No. 4:14-CV-823

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

✓ ( 1 ) Sealed Envelope : Sealed # 14, 20, 22

The paper copy of the electronic record has been recycled.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Shawn D. Henderson, Deputy Clerk
                                            504-310-7668

cc:
    Ms. Lisa A. Biron
    Ms. Angie Lee Henson