Case: 15-10607    Document: 00513868000    Page: 1    Date Filed: 02/08/2017

CTJ

Case 4:14-cv-00772-O   Document 27   Filed 02/09/17   Page 1 of 1   PageID 250

FILED
February 09, 2017
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-10607
Summary Calendar
_____

D.C. Docket No. 4:14-CV-772 -O
D.C. Docket No. 4:14-CV-823

United States Court of Appeals
Fifth Circuit
**FILED**
November 23, 2016
Lyle W. Cayce
Clerk

LISA A. BIRON,

    Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

    Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued
as the mandate on Feb 08, 2017**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**