## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 08, 2017

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 15-10607    Lisa Biron v. Jody Upton, Warden  
                     USDC No. 4:14-CV-772 -O  
                     USDC No. 4:14-CV-823

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                *Melissa Mattingly*

                              By: _____  
                              Melissa V. Mattingly, Deputy Clerk  
                              504-310-7719

cc:  
    Ms. Lisa A. Biron  
    Ms. Angie Lee Henson