# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 2, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

**FILED**

**October 05, 2017**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Lisa A. Biron
v. Jody Upton, Warden
No. 17-5163
(Your No. 15-10607)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk