# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 05, 2017

**RECEIVED**
**By Gerdts at 3:56 pm, Oct 05, 2017**

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 15-10607   Lisa Biron v. Jody Upton, Warden
                      USDC No. 4:14-CV-772
                      USDC No. 4:14-CV-823

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: _____
                                  Charlene A. Vogelaar, Deputy Clerk
                                  504-310-7648