Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130-3408

August 7, 2018

RECEIVED
AUG 1 3 2018
2:01 pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:14-cv-772-O

Re: Case no. 15-10684 and Case no. 15-10607

Dear Court:

I have two questions. First, why is my opening appellate brief and all of the other orders and filings not reflected on the electronic docket? I received the enclosed docket sheet from PACER and, as you can see, the docket begins with the Appellees Brief which was filed in April 2017. My brief was filed in January 2016. Please send me a correct and updated docket sheet reflecting all of the filings in this (case no. 15-10684) case.

Second, this Court has published in its June 18, 2018 Opinion (case no. 15-10684) language from a <u>sealed and confidential</u> state juvenile proceeding (NH 9th Cir. Fam. Div. case no. 656-2012-JV-326), as did the Northern District of Texas in its Opinion (4:15-CV-205-O) which this Court was quoting. Further, AUSAs Brian Stoltz (in case no. 15-10684) and Angie Henson (in case no. 15-10607) have published language or documents from this same <u>sealed and confidential</u> juvenile case file. What is my recourse, if any, to remedying these breaches?

Thank you for your assistance with these issues.

Sincerely,

Lisa Biron
Lisa Biron

Enclosure
Cc: Northern District of Texas
    Brian Stoltz, Esq.
    Angie Henson, Esq.

General Docket
United States Court of Appeals for the Fifth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 15-10684 | **Docketed:** 07/17/2015 |
| **Nature of Suit:** 2550 Prisoner - Civil Rights | **Termed:** 06/18/2018 |
| Lisa Biron v. Jody Upton, et al | |
| **Appeal From:** Northern District of Texas, Fort Worth | |
| **Fee Status:** IFP Granted/Fee Paid | |

**Case Type Information:**
1) Prisoner w/ out Counsel
2) Federal
3) Civil Rights

**Originating Court Information:**
   **District:** 0539-4 : 4:15-CV-205
   **Originating Judge:** Reed Charles O'Connor, U.S. District Judge
   **Date Filed:** 03/18/2015
   **Date NOA Filed:**              **Date Rec'd COA:**
   07/15/2015                        07/15/2015

*[Handwritten margin note: "Where are all the prior filings in this case?"]*

| | | |
|---|---|---|
| 04/19/2017 | | APPEARANCE FORM for the court's review. Lead Counsel? No. [15-10684] (Brian Walters Stoltz) |
| 04/20/2017 | | APPEARANCE FORM FILED by Attorney(s) Brian Walters Stoltz for party(s) Appellee Jody Upton Appellee W. L. Smithers Appellee E. Smith-Branton Appellee FNU Wenger Appellee FNU Kingsley Appellee FNU Valle Appellee Lauren Cimperman, in case 15-10684 [15-10684] (NFD) |
| 04/20/2017 | | SUFFICIENT APPELLEE'S BRIEF FILED Sufficient Brief deadline satisfied. Paper Copies of Brief due on 05/08/2017 for Appellees Lauren Cimperman, FNU Kingsley, FNU Valle, FNU Wenger, E. Smith-Branton, W. L. Smithers and Jody Upton. [15-10684] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLEE'S BRIEF FILED Brief is INSUFFICIENT: Caption Incorrect. Instructions to Attorney: PLEASE READ THE ATTACHED NOTICE FOR INSTRUCTIONS ON HOW TO REMEDY THE DEFAULT. E/Res's Brief deadline satisfied. Sufficient Brief due on 05/01/2017 for Appellees Lauren Cimperman, FNU Kingsley, FNU Valle, FNU Wenger, E. Smith-Branton, W. L. Smithers and Jody Upton.. Reply Brief due on 05/04/2017 for Appellant Lisa A. Biron [15-10684] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLEE'S BRIEF FILED by Ms. Lauren Cimperman, FNU Kingsley, FNU Valle, FNU Wenger, Mr. E. Smith-Branton, Mr. W. L. Smithers and Mr. Jody Upton. Date of service: 04/20/2017 via US mail - Appellant Biron; email - Attorney for Appellees: Parker, Stoltz [15-10684] (Brian Walters Stoltz) |
| 04/27/2017 | | PROPOSED SUFFICIENT BRIEF filed by Appellees Mr. Jody Upton, Ms. |

|  |  |  |
|---|---|---|
|  |  | Lauren Cimperman, FNU Wenger, FNU Kingsley, FNU Valle, Mr. W. L. Smithers and Mr. E. Smith-Branton in 15-10684 [8478500-2] Date of service: 04/27/2017 via US mail - Appellant Biron; email - Attorney for Appellees: Parker, Stoltz [15-10684] (Brian Walters Stoltz) |
| 05/03/2017 |  | APPELLANT'S REPLY BRIEF FILED by Ms. Lisa A. Biron. # of Copies Provided: 4<br>Reply Brief deadline satisfied [15-10684] (NFD) |
| 05/05/2017 |  | Paper copies of appellee brief filed by Appellees Mr. Jody Upton, Ms. Lauren Cimperman, FNU Wenger, FNU Kingsley, FNU Valle, Mr. W. L. Smithers and Mr. E. Smith-Branton in 15-10684 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-10684] (NFD) |
| 01/24/2018 |  | RECORD EXCERPTS PREPARED BY CLERK'S OFFICE. # of Copies Provided: 4 [15-10684] (NFD) |
| 03/12/2018 |  | LETTER OF ADVISEMENT. Reason: responding to Appellant's Notice of Intent to Seek a Writ of Mandamus [15-10684] (CMB) |
| 06/18/2018 |  | UNPUBLISHED OPINION FILED. [15-10684 Affirmed, Vacated and Remanded] Judge: PRO , Judge: LHS , Judge: DRW Mandate issue date is 08/10/2018 [15-10684] (EAB) |
| 06/18/2018 |  | JUDGMENT ENTERED AND FILED. [15-10684] (EAB) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 5th Circuit - Appellate - 08/02/2018 08:15:17 | |
| PACER Login: | mith1000:4441407:0 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 15-10684 |
| Billable Pages: | 1 | Cost: | 0.10 |

Name **LisaBuren** Reg# 12775-049
Federal Correctional Institution Unit D
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553
08 AUG 2018 PM 4 L

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

76102-975999

CLERK OF COURT
2018 AUG 13 PM 2: [illegible]